FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURICE WASHINGTON, )
)
     Petitioner, ) No. CV 09-2632 JVS (AJW)
)
  v. )
) ORDER ADOPTING REPORT AND
M. D. McDONALD, ) RECOMMENDATION OF
) MAGISTRATE JUDGE
     Respondent. )
)

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), Supplemental Report and Recommendation and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: _____2.24.10_____

                                           James V. Selna
                                           United States District Judge