FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURICE WASHINGTON,  ) Case No. CV 09-2632-JVS(AJW)
　　　　　　　　　　　 )
　　　Petitioner,　　　)
　　　　　　　　　　　 ) JUDGMENT
　　v.　　　　　　　　 )
　　　　　　　　　　　 )
M.D. McDONALD,　　　　)
　　　　　　　　　　　 )
　　　Respondent.　　　)
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 2.24.10

_____
James V. Selna
United States District Judge